United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12731-amc |
| Cheri R. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cheri R. Williams, 504 Kingsley Ct, Philadelphia, PA 19128-2718 |
| 15027198 | | Clerkie Lending, LLC, Attn: Bankruptcy, 619 7th St, San Francisco, CA 94103-4910 |
| 15027209 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15027212 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15027219 | + | Temple Un Ed, Po Box 918, Brookfield, WI 53008-0918 |
| 15027221 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15027182 | | Email/Text: bncnotifications@pheaa.org | Dec 11 2025 00:36:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15027183 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2025 00:43:55 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15027184 | | Email/Text: bncnotifications@pheaa.org | Dec 11 2025 00:36:00 | American Education Services/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15040670 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 00:43:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15027185 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 00:43:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15027186 | | Email/Text: bk@avant.com | Dec 11 2025 00:36:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15027191 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 11 2025 00:43:53 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 15027187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2025 00:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15027188 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 11 2025 00:36:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15027189 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 11 2025 00:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15027190 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 11 2025 00:43:48 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15027192 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Bread Financial, Attn: Bankruptcy, 3095 Loyalty Cir, Columbus, OH 43219-3673 |
| 15027196 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F |

Case 25-12731-amc    Doc 24    Filed 12/12/25    Entered 12/13/25 00:37:42    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 65 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15027193 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15027194 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2025 00:43:43 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15028748 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2025 00:43:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15040074 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2025 00:43:48 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15027195 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 00:43:45 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15027197 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15027199 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15027200 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 11 2025 00:43:44 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 15072625 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 11 2025 00:36:00 | Educational Credit Management Corporation (ECMC), PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15048905 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 11 2025 00:36:00 | First National Bank of Pennsylvania, 4140 East State St., Hermitage, PA 16148-3401 |
| 15027201 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 11 2025 00:36:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15027202 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 11 2025 00:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15027203 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15048121 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 00:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15031176 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 11 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15027204 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 00:43:42 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15070728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15029997 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15027205 | + | Email/Text: Documentfiling@lciinc.com | Dec 11 2025 00:36:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 15027206 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 15027215 | | Email/Text: EBN@Mohela.com | Dec 11 2025 00:36:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15027208 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 11 2025 00:36:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15027207 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

Case 25-12731-amc    Doc 24    Filed 12/12/25    Entered 12/13/25 00:37:42    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 11 2025 00:43:48 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15040564 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 11 2025 00:36:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 15031588 | + | Email/Text: bncnotifications@pheaa.org | Dec 11 2025 00:36:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15048754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15027214 | | Email/Text: ProsperBK@prosper.com | Dec 11 2025 00:36:00 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105 |
| 15027210 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15027211 | ^ | MEBN | Dec 11 2025 00:31:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15027213 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15031388 | + | Email/Text: bncmail@w-legal.com | Dec 11 2025 00:36:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15050929 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15027216 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:53 | SYNCB/Ikea, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15050225 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:50 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15050223 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:45 | Sofi Consumer Loan Program 2023-1S Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15049450 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15027217 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15027218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15027220 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15031974 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 11 2025 00:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15027222 | | Email/Text: bknotice@upgrade.com | Dec 11 2025 00:36:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15027223 | | Email/Text: bankruptcies@uplift.com | Dec 11 2025 00:36:00 | Uplft/cb, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 15027224 | | Email/Text: bankruptcies@uplift.com | Dec 11 2025 00:36:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 15027225 | + | Email/Text: UpStart@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 65

| | | | | |
|---|---|---|---|---|
| 15027226 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 11 2025 00:43:53 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 15045885 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 11 2025 00:43:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15042642 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15040671 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15040674 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15040684 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15040687 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15031344 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15032913 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15065397 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15027227 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025      Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cheri R. Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Cheri R. Williams                       Case No. 25−12731−amc

   Debtor(s).                              Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 9, 2025                                                   For The Court

                                                                         Ashely M. Chan  
                                                                         Chief Judge, United States Bankruptcy Court